| Name | Company | Bankers Life and Casualty 111 E Wacker Chicago, IL 60610 | | | | |
|---|---|---|---|---|---|---|
| Doreen Workman | Bankers Life and Casualty | Employee ID 101137 | Pay Period Begin 08/27/2018 | Pay Period End 09/09/2018 | Check Date 09/21/2018 | Check Number |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,307.56 | 363.10 | 390.41 | 149.13 | 1,404.92 |
| YTD | 52,167.86 | 6,535.80 | 10,366.69 | 2,963.12 | 32,302.25 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bonus-Sales Incentive | | | | | 6,226.00 |
| Gross Up Taxable Fringe B | | | | | 38.33 |
| Group Term Life | 08/27/2018-09/09/2018 | 0 | 0 | 0.85 | 15.10 |
| Holiday | 08/27/2018-09/09/2018 | 8 | 27.43 | 219.44 | 1,303.92 |
| Overtime OT | 08/27/2018-09/09/2018 | 2.75 | 27.43 | 113.16 | 2,563.20 |
| Personal | 08/27/2018-09/09/2018 | 16 | 27.43 | 438.88 | 1,949.20 |
| Regular | 08/27/2018-09/09/2018 | 56 | 27.43 | 1,536.08 | 36,707.09 |
| Vacation | | | | | 3,380.12 |
| Earnings | | | | 2,308.41 | 52,182.96 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 120.61 | 2,830.12 |
| Medicare | 28.20 | 661.88 |
| Federal Withholding | 113.26 | 3,861.39 |
| State Tax - PA | 59.72 | 1,401.37 |
| SUI-Employee Paid - PA | 1.38 | 31.30 |
| City Tax - PHILA | 67.24 | 1,580.63 |
| Employee Taxes | 390.41 | 10,366.69 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental | 14.87 | 267.66 |
| Health Savings Account | 50.00 | 900.00 |
| Medical | 209.00 | 3,762.00 |
| Transportation | 82.50 | 1,485.00 |
| Vision | 6.73 | 121.14 |
| Pre Tax Deductions | 363.10 | 6,535.80 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Cancer | | 29.30 |
| Accident Secure | 31.30 | 563.40 |
| Worksite Universal Life | | 123.37 |
| Dependent Life | 0.95 | 17.10 |
| KLA - 401K Loan 1 (5) | 101.39 | 1,926.41 |
| Details Not Displayed | 15.49 | 303.54 |
| Post Tax Deductions | 149.13 | 2,963.12 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K True Up Match | | 339.71 |
| CDS | 0.80 | 14.40 |
| ERA | 1.16 | 20.72 |
| ERD | 10.11 | 181.98 |
| ERH | | 100.00 |
| Details Not Displayed | 384.61 | 6,922.86 |
| Employer Paid Benefits | 396.68 | 7,579.67 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,945.31 | 45,647.16 |
| Medicare - Taxable Wages | 1,945.31 | 45,647.16 |
| Federal Withholding - Taxable Wages | 1,945.31 | 45,647.16 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 5 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Philadelphia federal Credit Union | PFCU | | | 421.48 | USD |
| Philadelphia Federal Credit Union | PFCU | | | 983.44 | USD |

| Name | Company | Bankers Life and Casualty  111 E Wacker  Chicago, IL 60610 | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Doreen Workman | Bankers Life and Casualty | | 101137 | 09/10/2018 | 09/23/2018 | 10/05/2018 | |

| | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | | 2,431.00 | 363.10 | 422.83 | 247.56 | 1,397.51 |
| YTD | | 54,598.86 | 6,898.90 | 10,789.52 | 3,210.68 | 33,699.76 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bonus-Sales Incentive | | | | | 6,226.00 |
| Gross Up Taxable Fringe B| | | | | | 38.33 |
| Group Term Life | 09/10/2018-09/23/2018 | 0 | 0 | 0.85 | 15.95 |
| Holiday | | | | | 1,303.92 |
| Overtime OT | 09/10/2018-09/23/2018 | 5.75 | 27.43 | 236.60 | 2,799.80 |
| Personal | | | | | 1,949.20 |
| Regular | 09/10/2018-09/23/2018 | 80 | 27.43 | 2,194.40 | 38,901.49 |
| Vacation | | | | | 3,380.12 |
| Earnings | | | | 2,431.85 | 54,614.81 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 128.27 | 2,958.39 |
| Medicare | 30.00 | 691.88 |
| Federal Withholding | 128.08 | 3,989.47 |
| State Tax - PA | 63.51 | 1,464.88 |
| SUI-Employee Paid - PA | 1.46 | 32.76 |
| City Tax - PHILA | 71.51 | 1,652.14 |
| Employee Taxes | 422.83 | 10,789.52 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental | 14.87 | 282.53 |
| Health Savings Account | 50.00 | 950.00 |
| Medical | 209.00 | 3,971.00 |
| Transportation | 82.50 | 1,567.50 |
| Vision | 6.73 | 127.87 |
| Pre Tax Deductions | 363.10 | 6,898.90 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Cancer | 21.55 | 50.85 |
| Accident Secure | 31.30 | 594.70 |
| Worksite Universal Life | 52.57 | 175.94 |
| Dependent Life | 0.95 | 18.05 |
| ESPP (Post Tax) | 24.31 | 24.31 |
| Details Not Displayed | 116.88 | 2,346.83 |
| Post Tax Deductions | 247.56 | 3,210.68 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K True Up Match | | 339.71 |
| CDS | 0.80 | 15.20 |
| ERA | 1.16 | 21.88 |
| ERD | 10.11 | 192.09 |
| ERH | | 100.00 |
| Details Not Displayed | 384.61 | 7,307.47 |
| Employer Paid Benefits | 396.68 | 7,976.35 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,068.75 | 47,715.91 |
| Medicare - Taxable Wages | 2,068.75 | 47,715.91 |
| Federal Withholding - Taxable Wages | 2,068.75 | 47,715.91 |

| | | Federal | State |
|---|---|---|---|
| Marital Status | | Single | |
| Allowances | | 5 | 0 |
| Additional Withholding | | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Philadelphia federal Credit Union | PFCU | | | 419.25 | USD |
| Philadelphia Federal Credit Union | PFCU | | | 978.26 | USD |

| Name | Company | Bankers Life and Casualty  111 E Wacker  Chicago, IL 60610 | | | |
|---|---|---|---|---|---|
| Doreen Workman | Bankers Life and Casualty | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
| | | 101137 | 09/24/2018 | 10/07/2018 | 10/19/2018 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,556.20 | 612.04 | 791.64 | 258.82 | 1,893.70 |
| YTD | 58,155.06 | 7,510.94 | 11,581.16 | 3,469.50 | 35,593.46 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bonus-Sales Incentive | 09/24/2018-10/07/2018 | 0 | 0 | 1,250.00 | 7,476.00 |
| Gross Up Taxable Fringe B | | | | | 38.33 |
| Group Term Life | 09/24/2018-10/07/2018 | 0 | 0 | 0.85 | 16.80 |
| Holiday | | | | | 1,303.92 |
| Overtime OT | 09/24/2018-10/07/2018 | 0 | 0 | 53.50 | |
| Overtime OT | 09/24/2018-10/07/2018 | 0.25 | 27.43 | 10.29 | 2,863.59 |
| Personal | | | | | 1,949.20 |
| Regular | 09/24/2018-10/07/2018 | 74.75 | 27.43 | 2,050.40 | 40,951.89 |
| Vacation | 09/24/2018-10/07/2018 | 3 | 27.43 | 82.29 | 3,462.41 |
| Wellness-WEL | 09/24/2018-10/07/2018 | 4 | 27.43 | 109.72 | 109.72 |
| Earnings | | | | 3,557.05 | 58,171.86 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 198.02 | 3,156.41 |
| Medicare | 46.31 | 738.19 |
| Federal Withholding | 336.72 | 4,326.19 |
| State Tax - PA | 98.05 | 1,562.93 |
| SUI-Employee Paid - PA | 2.13 | 34.89 |
| City Tax - PHILA | 110.41 | 1,762.55 |
| Employee Taxes | 791.64 | 11,581.16 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Pre Tax | 248.94 | 248.94 |
| Dental | 14.87 | 297.40 |
| Health Savings Account | 50.00 | 1,000.00 |
| Medical | 209.00 | 4,180.00 |
| Transportation | 82.50 | 1,650.00 |
| Vision | 6.73 | 134.60 |
| Pre Tax Deductions | 612.04 | 7,510.94 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Cancer | 21.55 | 72.40 |
| Accident Secure | 31.30 | 626.00 |
| Worksite Universal Life | 52.57 | 228.51 |
| Dependent Life | 0.95 | 19.00 |
| ESPP (Post Tax) | 35.57 | 59.88 |
| Details Not Displayed | 116.88 | 2,463.71 |
| Post Tax Deductions | 258.82 | 3,469.50 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401k ER MATCH | 106.69 | 106.69 |
| 401K True Up Match | | 339.71 |
| CDS | 0.80 | 16.00 |
| ERA | 1.16 | 23.04 |
| ERD | 10.11 | 202.20 |
| Details Not Displayed | 384.61 | 7,792.08 |
| Employer Paid Benefits | 503.37 | 8,479.72 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,193.95 | 50,909.86 |
| Medicare - Taxable Wages | 3,193.95 | 50,909.86 |
| Federal Withholding - Taxable Wages | 2,945.01 | 50,660.92 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 5 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Philadelphia federal Credit Union | PFCU | | | 568.11 | USD |
| Philadelphia Federal Credit Union | PFCU | | | 1,325.59 | USD |

| Name | Company | Bankers Life and Casualty 111 E Wacker Chicago, IL 60610 | | | |
|---|---|---|---|---|---|
| Doreen Workman | Bankers Life and Casualty | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
| | | 101137 | 10/08/2018 | 10/21/2018 | 11/02/2018 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,657.29 | 522.54 | 463.06 | 249.83 | 1,421.86 |
| YTD | 60,812.35 | 8,033.48 | 12,044.22 | 3,719.33 | 37,015.32 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bonus-Sales Incentive | | | | | 7,476.00 |
| Gross Up Taxable Fringe B | | | | | 38.33 |
| Group Term Life | 10/08/2018-10/21/2018 | 0 | 0 | 0.85 | 17.65 |
| Holiday | | | | | 1,303.92 |
| Overtime OT | 10/08/2018-10/21/2018 | 11.25 | 27.43 | 462.89 | 3,326.48 |
| Personal | | | | | 1,949.20 |
| Regular | 10/08/2018-10/21/2018 | 80 | 27.43 | 2,194.40 | 43,146.29 |
| Vacation | | | | | 3,462.41 |
| Wellness-WEL | | | | | 109.72 |
| Earnings | | | | 2,658.14 | 60,830.00 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 142.29 | 3,298.70 |
| Medicare | 33.28 | 771.47 |
| Federal Withholding | 136.10 | 4,462.29 |
| State Tax - PA | 70.46 | 1,633.39 |
| SUI-Employee Paid - PA | 1.60 | 36.49 |
| City Tax - PHILA | 79.33 | 1,841.88 |
| Employee Taxes | 463.06 | 12,044.22 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Pre Tax | 159.44 | 408.38 |
| Dental | 14.87 | 312.27 |
| Health Savings Account | 50.00 | 1,050.00 |
| Medical | 209.00 | 4,389.00 |
| Transportation | 82.50 | 1,732.50 |
| Vision | 6.73 | 141.33 |
| Pre Tax Deductions | 522.54 | 8,033.48 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Cancer | 21.55 | 93.95 |
| Accident Secure | 31.30 | 657.30 |
| Worksite Universal Life | 52.57 | 281.08 |
| Dependent Life | 0.95 | 19.95 |
| ESPP (Post Tax) | 26.58 | 86.46 |
| Details Not Displayed | 116.88 | 2,580.59 |
| Post Tax Deductions | 249.83 | 3,719.33 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401k ER MATCH | 79.72 | 186.41 |
| 401K True Up Match | | 339.71 |
| CDS | 0.80 | 16.80 |
| ERA | 1.16 | 24.20 |
| ERD | 10.11 | 212.31 |
| Details Not Displayed | 384.61 | 8,176.69 |
| Employer Paid Benefits | 476.40 | 8,956.12 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,295.04 | 53,204.90 |
| Medicare - Taxable Wages | 2,295.04 | 53,204.90 |
| Federal Withholding - Taxable Wages | 2,135.60 | 52,796.52 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 5 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Philadelphia federal Credit Union | PFCU | | | 426.56 | USD |
| Philadelphia Federal Credit Union | PFCU | | | 995.30 | USD |

| Name | Company | Bankers Life and Casualty  111 E Wacker  Chicago, IL 60610 | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Doreen Workman | Bankers Life and Casualty | | 101137 | 10/22/2018 | 11/04/2018 | 11/16/2018 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,204.69 | 495.39 | 347.57 | 245.30 | 1,116.43 |
| YTD | 63,017.04 | 8,528.87 | 12,391.79 | 3,964.63 | 38,131.75 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bonus-Sales Incentive | | | | | 7,476.00 |
| Gross Up Taxable Fringe B | | | | | 38.33 |
| Group Term Life | 10/22/2018-11/04/2018 | 0 | 0 | 0.85 | 18.50 |
| Holiday | | | | | 1,303.92 |
| Overtime OT | 10/22/2018-11/04/2018 | 0.25 | 27.43 | 10.29 | 3,336.77 |
| Personal | | | | | 1,949.20 |
| Regular | 10/22/2018-11/04/2018 | 80 | 27.43 | 2,194.40 | 45,340.69 |
| Vacation | | | | | 3,462.41 |
| Wellness-WEL | | | | | 109.72 |
| Earnings | | | | 2,205.54 | 63,035.54 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 114.24 | 3,412.94 |
| Medicare | 26.72 | 798.19 |
| Federal Withholding | 85.04 | 4,547.33 |
| State Tax - PA | 56.56 | 1,689.95 |
| SUI-Employee Paid - PA | 1.32 | 37.81 |
| City Tax - PHILA | 63.69 | 1,905.57 |
| Employee Taxes | 347.57 | 12,391.79 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Pre Tax | 132.29 | 540.67 |
| Dental | 14.87 | 327.14 |
| Health Savings Account | 50.00 | 1,100.00 |
| Medical | 209.00 | 4,598.00 |
| Transportation | 82.50 | 1,815.00 |
| Vision | 6.73 | 148.06 |
| Pre Tax Deductions | 495.39 | 8,528.87 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Cancer | 21.55 | 115.50 |
| Accident Secure | 31.30 | 688.60 |
| Worksite Universal Life | 52.57 | 333.65 |
| Dependent Life | 0.95 | 20.90 |
| ESPP (Post Tax) | 22.05 | 108.51 |
| Details Not Displayed | 116.88 | 2,697.47 |
| Post Tax Deductions | 245.30 | 3,964.63 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401k ER MATCH | 66.15 | 252.56 |
| 401K True Up Match | | 339.71 |
| CDS | 0.80 | 17.60 |
| ERA | 1.16 | 25.36 |
| ERD | 10.11 | 222.42 |
| Details Not Displayed | 384.61 | 8,561.30 |
| Employer Paid Benefits | 462.83 | 9,418.95 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,842.44 | 55,047.34 |
| Medicare - Taxable Wages | 1,842.44 | 55,047.34 |
| Federal Withholding - Taxable Wages | 1,710.15 | 54,506.67 |

| | | Federal | State |
|---|---|---|---|
| Marital Status | | Single | |
| Allowances | | 5 | 0 |
| Additional Withholding | | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Philadelphia federal Credit Union | PFCU | | | 334.93 | USD |
| Philadelphia Federal Credit Union | PFCU | | | 781.50 | USD |

Bankers Life and Casualty  111 E Wacker  Chicago, IL 60610

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Doreen Workman | Bankers Life and Casualty | 101137 | 11/05/2018 | 11/18/2018 | 11/30/2018 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,561.29 | 153.68 | 533.61 | 127.01 | 1,746.99 |
| YTD | 65,578.33 | 8,682.55 | 12,925.40 | 4,091.64 | 39,878.74 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bonus-Sales Incentive | | | | | 7,476.00 |
| Gross Up Taxable Fringe Be | | | | | 38.33 |
| Group Term Life | 11/05/2018-11/18/2018 | 0 | 0 | 0.85 | 19.35 |
| Holiday | | | | | 1,303.92 |
| Overtime OT | 11/05/2018-11/18/2018 | 8.75 | 27.43 | 360.03 | 3,696.80 |
| Personal | | | | | 1,949.20 |
| Regular | 11/05/2018-11/18/2018 | 56.25 | 27.43 | 1,542.94 | 46,883.63 |
| Vacation | 11/05/2018-11/18/2018 | 24 | 27.43 | 658.32 | 4,120.73 |
| Wellness-WEL | | | | | 109.72 |
| Earnings | | | | 2,562.14 | 65,597.68 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 158.85 | 3,571.79 |
| Medicare | 37.15 | 835.34 |
| Federal Withholding | 168.84 | 4,716.17 |
| State Tax - PA | 78.66 | 1,768.61 |
| SUI-Employee Paid - PA | 1.54 | 39.35 |
| City Tax - PHILA | 88.57 | 1,994.14 |
| Employee Taxes | 533.61 | 12,925.40 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Pre Tax | 153.68 | 694.35 |
| Dental | | 327.14 |
| Health Savings Account | | 1,100.00 |
| Medical | | 4,598.00 |
| Transportation | | 1,815.00 |
| Vision | | 148.06 |
| Pre Tax Deductions | 153.68 | 8,682.55 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Cancer | | 115.50 |
| Accident Secure | | 688.60 |
| Worksite Universal Life | | 333.65 |
| Dependent Life | | 20.90 |
| ESPP (Post Tax) | 25.62 | 134.13 |
| Details Not Displayed | 101.39 | 2,798.86 |
| Post Tax Deductions | 127.01 | 4,091.64 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401k ER MATCH | 76.84 | 329.40 |
| 401K True Up Match | | 339.71 |
| CDS | | 17.60 |
| ERA | | 25.36 |
| ERD | | 222.42 |
| Details Not Displayed | 0.00 | 8,561.30 |
| Employer Paid Benefits | 76.84 | 9,495.79 |

### Subject of Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,562.14 | 57,609.48 |
| Medicare - Taxable Wages | 2,562.14 | 57,609.48 |
| Federal Withholding - Taxable Wages | 2,408.46 | 56,915.13 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 5 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Philadelphia Federal Credit Union | PFCU | ******5849 | | 524.10 | USD |
| Philadelphia Federal Credit Union | PFCU | ******5849 | | 1,222.89 | USD |