## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Doreen D. Workman<br>　　　　　　Debtor<br><br>NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER<br>　　　　　　v.<br>Doreen D. Workman<br>　　　　　　and<br>William C. Miller Esq.<br>　　　　　　Trustee | Chapter 13<br><br><br>NO. 18-17614 AMC |

### ORDER

AND NOW, this        day of              , 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on June 10, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 323 Ross Court Wyncote, PA 19095.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: November 25, 2019**

　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Doreen D. Workman
323 Ross Court
Wyncote, PA 19095

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Zachary Perlick, Esq.
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532