United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-17614-amc
Doreen D. Workman                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: Nov 25, 2019
                             Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2019.
db              +Doreen D. Workman,   323 Ross Court,   Wyncote, PA 19095-1228
14275485        +Nationstar Mortgage LLC,   dba Mr. Cooper,   c/o Kevin S. Frankel, Esquire,
                  Shapiro & DeNardo, LLC,   3600 Horizon Drive, Suite 150,   King of Prussia, PA 19406-4702
14302777        +Nationstar Mortgage LLC d/b/a Mr. Cooper,   PO Box 619096,   Dallas, TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 25, 2019 at the address(es) listed below:
          DEIRDRE M. RICHARDS    on behalf of Creditor   Wyngate Community Association
           drichards@finemanlawfirm.com
          KEVIN G. MCDONALD    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
          MONICA M. LITTMAN    on behalf of Creditor   Wyngate Community Association
           mlittman@finemanlawfirm.com,  tolmo@finemanlawfirm.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          ZACHARY PERLICK    on behalf of Debtor Doreen D. Workman Perlick@verizon.net,
           pireland1@verizon.net
                                                                       TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Doreen D. Workman

                    Debtor

NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER

             v.

Doreen D. Workman

           and

William C. Miller Esq.

             Trustee

Chapter 13

NO. 18-17614 AMC

**ORDER**

AND NOW, this            day of                 , 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on June 10, 2019  it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 323 Ross Court Wyncote, PA 19095.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: November 25, 2019**

United States Bankruptcy Judge.

cc: See attached service list

Doreen D. Workman
323 Ross Court
Wyncote, PA 19095

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Zachary Perlick, Esq.
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532