**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  DOREEN WORKMAN | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| | : | NO. 18-17614-amc |

**WITHDRAWAL OF COUNSEL**

Please withdraw my appearance as attorney of record on behalf of Creditor, Wyngate Community Association ("Wyngate").  Deirdre M. Richards, Esquire of Fineman Krekstein & Harris, P.C., Ten Penn Center, 1801 Market Street, Suite 1100, Philadelphia, PA 19103, who is already entered in this case for Wyngate will continue to represent Wyngate.

Respectfully Submitted,

**FINEMAN KREKSTEIN & HARRIS, P.C.**

Dated:  December 11, 2019          By:          /S/ Monica M. Littman
MONICA M. LITTMAN, ESQUIRE
Ten Penn Center, 1801 Market Street, Suite 1100
Philadelphia, PA  19103-1628
(v) 215-893-9300; (f) 215-893-8719
mlittman@finemanlawfirm.com

{01654635;v1}1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Withdrawal of Counsel have been served on the following via ECF and email on December 11, 2019.

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
ecfemails@ph13trustee.com
Chapter 13 Trustee

KEVIN S. FRANKEL
Shapiro & DeNardo, LLC
3600 Horizon Drive
Suite 150
King of Prussia, PA 19406
pa-bk@logs.com

KEVIN G. MCDONALD
REBECCA ANN SOLARZ
KML LAW GROUP, P.C.
701 Market St. Suite 5000
Philadelphia, PA 19106
bkgroup@kmllawgroup.com

ZACHARY PERLICK
1420 Walnut Street
Suite 718
Philadelphia, PA 19102
Perlick@verizon.net
Attorney for Debtor

DEIRDRE M. RICHARDS
Fineman Krekstein & Harris PC
1801 Market Street
Suite 1100
Philadelphia, PA 19103
drichards@finemanlawfirm.com

/s/ Monica M. Littman
MONICA M. LITTMAN, ESQ.

{01654635;v1}2