**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
DOREEN D WORKMAN

Chapter 13

Debtor

Bankruptcy No. 18-17614-AMC

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: January 28, 2020**

_____  
Ashely M. Chan  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
ZACHARY PERLICK, ESQ.  
1420 WALNUT ST  
SUITE 718  
PHILADELPHIA, PA 19102-

Debtor:  
DOREEN D WORKMAN

323 ROSS COURT

WYNCOTE, PA 19095