United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-17614-amc
Doreen D. Workman                                                   Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 2          Date Rcvd: Jan 28, 2020
                             Form ID: pdf900          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2020.
```
db            +Doreen D. Workman,   323 Ross Court,   Wyncote, PA 19095-1228
14252032      +COMCAST,   PO BOX 1931,   Burlingame, CA 94011-1931
14275485      +Nationstar Mortgage LLC,   dba Mr. Cooper,   c/o Kevin S. Frankel, Esquire,
               Shapiro & DeNardo, LLC,   3600 Horizon Drive, Suite 150,   King of Prussia, PA 19406-4702
14302777      +Nationstar Mortgage LLC d/b/a Mr. Cooper,   PO Box 619096,   Dallas, TX 75261-9096
14231276      +Pacific Union Financial,   1603 LBJ Freeway, Suite 500,   Dallas, TX 75234-6071
14259820      +Pacific Union Financial, LLC,   1603 LBJ Freeway Suite 500,   Farmers Branch, TX 75234-6071
14237871      +Pacific Union Financial, LLC.,   Kevin G. McDonald, Esquire,   701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
14286108       UNITED STATES DEPARTMENT OF EDUCATION,   CLAIMS FILING UNIT,   PO BOX 8973,
               MADISON, WI 53708-8973
14286921      +UNITED STATES DEPARTMENT OF EDUCATION,   PO BOX 790321,   ST. LOUIS MO 63179-0321
14262230      +Wyngate Community Association,   c/o Monica M. Littman, Esq.,
               Fineman Krekstein & Harris, P.C.,   1801 Market St., Ste. 1100,   Philadelphia, PA 19103-1605
14262690      +Wyngate Community Association,   c/o Monica M. Littman, Esquire,
               Fineman Krekstein & Harris, P.C.,   1801 Market Street, Suite 1100,
               Philadelphia, PA 19103-1605
14262376      +Wyngate Community Association,   c/o Deirdre M. Richards, Esquire,
               Fineman Krekstein & Harris PC,   1801 Market Street, Suite 1100,   Philadelphia, PA 19103-1605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Jan 29 2020 03:14:13   City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 29 2020 03:13:57
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 29 2020 03:14:07   U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14250636      +E-mail/Text: bnc@atlasacq.com Jan 29 2020 03:13:48   Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
14231275       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 29 2020 03:16:48   Capital One Bank,
               by AMerican Infosource,   POB 71083,   Charlotte, NC 28272-1083
14251653       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 29 2020 03:17:40
               Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
14262733       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 29 2020 03:16:49
               Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14262373       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 29 2020 03:16:50
               Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
                                                                                      TOTAL: 8

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14262718*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541)
14237872*     +Pacific Union Financial, LLC.,   Kevin G. McDonald, Esquire,   701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
                                                                      TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2020                          Signature:  /s/Joseph Speetjens

District/off: 0313-2          User: ChrissyW          Page 2 of 2          Date Rcvd: Jan 28, 2020
                             Form ID: pdf900          Total Noticed: 20

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2020 at the address(es) listed below:
> DEIRDRE M. RICHARDS    on behalf of Creditor    Wyngate Community Association
> drichards@finemanlawfirm.com
> KEVIN G. MCDONALD    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
> KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
> bkgroup@kmllawgroup.com
> KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
> REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
> bkgroup@kmllawgroup.com
> United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
> WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
> philaecf@gmail.com
> WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
> ZACHARY  PERLICK    on behalf of Debtor Doreen D. Workman Perlick@verizon.net,
> pireland1@verizon.net

                                                                    TOTAL: 9

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                      Chapter 13
DOREEN D WORKMAN


                    Debtor              Bankruptcy No. 18-17614-AMC

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.



**Date: January 28, 2020**

_____
    Ashely M. Chan
    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-


Debtor:
DOREEN D WORKMAN

323 ROSS COURT

WYNCOTE, PA 19095